**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 07-1716

———————————

RANDY L. THOMAS,

Plaintiff - Appellant,

versus

GRAHAM C. MULLEN,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Frank D. Whitney,
District Judge.  (3:07-cv-00231-FDW)

———————————

Submitted:  October 18, 2007          Decided:  October 22, 2007

———————————

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Randy L. Thomas, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy L. Thomas appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Thomas v. Mullen</u>, No. 3:07-cv-00231-FDW (W.D.N.C. June 19, 2007). We grant leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>